# IN THE UNITED STATES DISTRICT COURT FOR THE
# EASTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Case No. CR-21-151-TDD |
| ) | |
| BILLY JAMES MENEES ) | |
| ) | |
| Defendant. ) | |

## **CERTIFICATION ORDER**

Codi L. Cofer, appointed counsel for defendant Billy James Menees in the referenced case, has submitted an application for compensation of investigator John Thornton in excess of statutory limits. I certify that due to the complexity of the investigation required, the payment claimed is reasonable and is necessary to provide fair compensation for services rendered in this case. 18 U.S.C. § 3006A(e).

ENTERED this 30th day of November 2021.

_____
TIMOTHY D. DeGIUSTI
UNITED STATES DISTRICT JUDGE