### IN THE UNITED STATES DISTRICT COURT
### FOR THE EASTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| Plaintiff, ) | |
| v. ) | Case No. CR-21-151-TDD |
| BILLY JAMES MENEES, ) | |
| Defendant. ) | |

Before the Court is Defendant Billy James Menees' motion for an *ex parte* inquiry into appointment of new counsel [Doc. No. 89]. Defendant requests an *ex parte* evidentiary hearing for purposes of his motion for substitution of counsel [Doc. No. 88]. The Government does not object to the motion for a hearing. The Court finds that the motion for an *ex parte* hearing should be **GRANTED**.

**IT IS THEREFORE ORDERED** that the Court shall hold an evidentiary hearing for purposes of Defendant's request for a substitution of counsel on December 15, 2021 at 10:30 a.m. The proceeding will be held *ex parte* and the record shall be sealed. Counsel for Mr. Menees, Cody L. Cofer, is ordered to be present. Counsel for the Government need not appear.

**IT IS SO ORDERED** this 3rd day of December, 2021.

_____
TIMOTHY D. DeGIUSTI
UNITED STATES DISTRICT JUDGE