# COURTROOM MINUTE SHEET

DATE  December 15, 2021

CRIMINAL NO.  CR-21-151-TDD

United States -vs-  Billy James Menees

COMMENCED  10:35   ENDED  11:00   TOTAL TIME  25 minutes

PROCEEDINGS  Hearing on Motion for New Counsel

JUDGE TIMOTHY D. DeGiusti   DEPUTY Mike Bailey   REPORTER Christy Clark

PLF COUNSEL

DFT COUNSEL  Cody Cofer

PROBATION OFFICER

INTERPRETER

WITNESSES FOR PLAINTIFF

1.
2.
3.
4.
5.

WITNESSES FOR DEFENDANT

1.
2.
3.
4.
5.

Order:  Hearing held.   The Court denies the Motion for New Counsel

Courtroom Minute Sheet.docx