# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Case No. CR-21-151-TDD |
| ) | |
| ) | |
| BILLY JAMES MENEES ) | |
| ) | |
| Defendant. ) | |

## **ORDER**

In accordance with 28 U.S.C. § 636(a)(2) and 18 U.S.C. § 3142(f), the following matter now pending in this case is referred to Magistrate Judge Donald D. Bush as directed:

CASE REFERRAL:

    Defendant Menees's Motion to Reconsider Pretrial Release [Doc. No. 113] filed February 16, 2022.

**IT IS SO ORDERED** this 1st day of March, 2022.

_____
TIMOTHY D. DeGIUSTI
UNITED STATES DISTRICT JUDGE