UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| vs. | ) | Case No. CR-21-151-TDD |
| | ) | |
| BILLY JAMES MENEES, | ) | Date:   03/21/2022 |
| | ) | |
| Defendant. | ) | Time:   1:58 p.m. – 3:04 p.m. |

**MINUTE SHEET - MOTION HEARING**

Donald D. Bush, Judge          R. Keeling, Deputy Clerk          J. Smith, Reporter
                                                                                      FTR Courtroom 3

Counsel for Plaintiff:    Edith A. Singer, AUSA
Counsel for Defendant:    Cody Cofer, APPT
Defendant appears in person:  [X] with Counsel;   [] Counsel waived;   [] w/o Counsel;

**GOVERNMENT'S WITNESSES:**          **DEFENDANT'S   WITNESSES:**
1. Agent Cameron Newell, SA FBI          1. Troy Menees
2.                                                          2. Paula Dusenberry
3.                                                          3.
**GOVERNMENT'S EXHIBITS:**          **DEFENDANT'S EXHIBITS:**
1.Clip from Officer Skinner's Body Cam          1.
2.                                                          2.

**MINUTES:** Comes on for hearing on defendant Billy James Menees's Motion for Release [Dkt. 113]. Government calls Witness #1 – Agent Cameron Newell. Government makes proffer to court. Government rests. Defendant calls Witness #1 – Troy Meness. Defendant calls Witness #2 – Paula Dusenberry. Defendant rests. Government gives argument. Nothing further by parties. Court denies Defendant's Motion for Release [Dkt. 113]. Defendant remanded to custody of U.S. Marshal.

Court adjourned.