# IN THE UNITED STATES DISTRICT COURT FOR THE
# EASTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>)<br>BILLY JAMES MENEES )<br>)<br>Defendant. ) | Case No. CR-21-151-TDD |

## CERTIFICATION ORDER

Cody L. Cofer, appointed counsel for Billy James Menees, has submitted an application for interim payment in excess of statutory limits. I certify that due to the complexity of the representation required, the payment claimed is reasonable and is necessary to provide counsel fair compensation for his services herein. 18 U.S.C. § 3006A(d).

ENTERED this 22nd day April 2022.

_____
TIMOTHY D. DeGIUSTI
UNITED STATES DISTRICT JUDGE