UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF OKLAHOMA
(MUSKOGEE)

| | |
|---|---|
| **THE UNITED STATES OF AMERICA,** <br> PLAINTIFF | |
| | 6:21-CR-00151-TDD |
| **BILLY JAMES MENEES (01),** <br> DEFENDANT | |

### SPEEDY TRIAL WAIVER

The Defendant, Billy James Menees, acknowledges that he has been fully advised of his rights to a Speedy Trial and understands that right has been guaranteed to him by the Sixth Amendment of the United States Constitution and by the Speedy Trial Act, 18 U.S.C.§§ 3161-74. With such knowledge, Mr. Menees freely and voluntarily waives his right to a Speedy Trial with respect to the charges alleged in the Indictment.

Mr. Menees specifically requests that all delays resulting from the continuance from his Jury Trial scheduled for June 20, 2022, until his Jury Trial commences in or before the month of November 1, 2022, be excluded from computation under the Speedy Trial Act pursuant to 18 U.S.C.§ 3161, et. seq.

| | |
|---|---|
| 04/25/22 | */s/ Billy James Menees* |
| Date | Defendant |

| | |
|---|---|
| 04/25/22 | */s/Cody L. Cofer* |
| Date | Attorney for Defendant |

### Certificate of Authorization

I certify that on April 18, 2022, I spoke to my client, Billy James Menees, and he authorized me to utilize his electronic signature for this Speedy Trial Waiver and specifically for the time requested in the co-defendant's motion for continuance.

| | |
|---|---|
| 04/25/22 | */s/Cody L. Cofer* |
| Date | Attorney for Defendant |