UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| United States of America, ) | |
| ) | |
| v. ) | Case No. 6:21-cr-00151-TDD-1 |
| ) | |
| **Billy James Menees** ) | |
| Defendant. ) | |

## CONSENT TO SUMMON JURORS FROM
## THE WESTERN DISTRICT OF OKLAHOMA

Defendant hereby acknowledges that (1) the Chief Judge for the Eastern District of Oklahoma has authorized special sessions of court to be held in the Western District of Oklahoma in Oklahoma City, Oklahoma; (2) 28 U.S.C. § 141(b)(3)(B) provides that the court may summon jurors from the Eastern District of Oklahoma for special sessions of court to be held in the Western District of Oklahoma; and (3) upon Defendant's consent, the court may summon jurors from the Western District of Oklahoma for special sessions of court held in Oklahoma City, Oklahoma.

Having been fully informed and advised by counsel, Defendant hereby knowingly and voluntarily consents to the court's summoning jurors from the Western District of Oklahoma for the trial of this matter.

_____    8-14-22
Defendant                                       Date

_____    8-22-22
Counsel for Defendant                      Date