IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>       *Plaintiff*,<br><br>v.<br><br>BILLY JAMES MENEES and<br>ASHLEY DAWN MARIE SCHARDEIN,<br><br>       *Defendants.* | Case No. 21-CR-151-TDD |

## GOVERNMENT'S PROPOSED SUMMARY OF THE INDICTMENT

Both Defendants are charged in a two-count indictment. Count one is Child Abuse in Indian Country and count two is Child Neglect in Indian Country.

In count one the Government alleges that the Defendants committed Child Abuse in Indian Country in violation of 18 U.S.C. §§ 1151, 1152, 2 & 21 Okla. Stat. 843.5(A) between January 1, 2019, and May 9, 2020. Billy James Menees, a non-Indian, and Ashley Dawn Marie Schardein, a non-Indian were responsible for the health, safety and welfare of K.M., an Indian child under the age of eighteen, and did willfully and maliciously cause and threaten harm, fail to protect from harm and threaten harm, torture and injure K.M. within the Eastern District of Oklahoma, in Indian Country.

In count two the Government alleges that the Defendants committed Child Neglect in Indian Country in violation of 18 U.S.C. §§ 1151, 1152, 2 & 21 Okla. Stat. 843.5(C) between January 1, 2019, and May 9, 2020. Billy James Menees, a non-Indian, and Ashley Dawn Marie Schardein, a non-Indian were responsible for the health, safety and welfare of K.M., an Indian child under the age of eighteen, and did willfully and maliciously fail and omit to provide K.M. adequate nurturance and affection, food, clothing, shelter, sanitation, hygiene, medical care and supervision, within the Eastern District of Oklahoma, in Indian Country.

        Respectfully submitted,

        CHRISTOPHER J. WILSON
        United States Attorney

s/    Nicole Paladino
        NICOLE PALADINO, AR Bar # 2017113
        Assistant United States Attorney
        520 Denison Ave.
        Muskogee, OK 74401
        (918) 684-5100
        Nicole.Paladino@usdoj.gov

**CERTIFICATE OF SERVICE**

      I hereby certify that on January 5, 2023, I electronically transmitted the attached documents to the Clerk of Court using the ECF System for filing.  Based on the records currently on file, the Clerk of Court will transmit a Notice of Electronic Filing to the following ECF registrant:

Cody L. Cofer and Kara L. Carreras, Attorneys for Defendant Menees
Ronald Gainor and Lynn A. Pierce, Attorneys for Defendant Schardein

                            s/      Nicole Paladino
                                       NICOLE PALADINO
                                       Assistant United States Attorney