IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>Plaintiff, )<br>)<br>v.                                                   )<br>)<br>BILLY JAMES MENEES and     )<br>ASHLEY SCHARDEIN,             )<br>)<br>Defendants.                  ) | Case No. CR-21-151-TDD |

### PRETRIAL CONFERENCE MEMORANDUM

On January 4, 2023, the Court held a pretrial conference pursuant to Fed. R. Crim. P. 17.1. The following matters were addressed during the conference:

1. The government anticipates that its case-in-chief will take three and one-half days. Counsel for Defendant Billy Menees indicated that, if Defendant elects to present evidence, it would take two and one-half days. Counsel for Defendant Schardein indicated that two and one-half days are necessary, should Defendant elect to present evidence. Thus, if Defendants elect to present evidence, counsel for Defendants estimate that a total of five full days is necessary to do so. The Court encouraged counsel to take all reasonable steps to streamline presentations, eliminate cumulative witnesses, and reach stipulations if they can reasonably do so in order to shorten the length of the trial.

2. The government anticipates calling twenty three witnesses. If Defendants elect to present evidence, counsel for Defendant Menees indicated he could call eight

witnesses; counsel for Defendant Schardein indicated seven witnesses could be called. Counsel for Defendants only anticipates one overlapping witness.

3. There are no outstanding discovery issues. The parties indicated that they have agreed to stipulate as to the authenticity of certain records presented as evidence, but do not anticipate reaching any other stipulations.

4. The parties will arrive at an agreed-upon summary of the Indictment, due not later than 5:00 p.m. on Friday, January 6, 2023. The government shall prepare the agreed summary and submit it electronically to degiusti-orders@okwd.uscourts.gov.

5. The trial will commence with jury selection at 9:30 a.m. on Tuesday, January 10, 2023.

DATED this 5th day of January, 2023.

_____
TIMOTHY D. DeGIUSTI
UNITED STATES DISTRICT JUDGE