## CRIMINAL JURY TRIAL

CRIMINAL CASE NO. CR-21-151-TDD                    DATE  February 15, 2023

STYLE:   UNITED STATES v.  Billy James Menees and Ashley Dawn Schardein

PROCEEDINGS:          (FURTHER) NON-JURY TRIAL      FURTHER JURY TRIAL

COMMENCED ____9:30____          ENDED ___12:35___

COMMENCED ____1:40____          ENDED ___5:45___          TOTAL TIME:__6__Hrs.__35__Mins.

JUDGE Timothy D. DeGiusti               DEPUTY CLERK Mike Bailey          REPORTER Christy Clark

Gov't counsel Nicole Palladino, Caila Cleary

Dft counsel Cody Cofer, Kara Carreras, Ronald Gainor, Lynn Pierce

Enter as above.   Dft(s) appear(s) in person.                    Parties announce ready

Jury duly empaneled and admonished.   Rule invoked on mtn of plf - dft

Plf - Dfts make opening statement.   Dft defers same until close of plf's evidence

Plf (presents - continues) case in chief with testimony of witnesses.

Plf's exhibits admitted. 1, 70, 71, 72, 73, 79, 80, 125, 140, 141, 142, 198, 199

Dft's exhibits admitted.

Plf rests.  Dft's mtn for _____      GRANTED      DENIED      UNDER ADVISEMENT

Dft makes opening statement.

Dft (presents - continues) case in chief with testimony of witnesses and rests.

Plf presents rebuttal evidence with testimony of witnesses and rests.

Dft presents surrebuttal evidence with testimony of witnesses and rests.

Parties rest.  Dft renews mtn for _____      GRANTED      DENIED

Closing arguments. ___  Court instructs the jury. ___  Bailiff sworn. _____

Jury retires to deliberate at _____.   Jury returns with verdict of (Guilty) on counts___ at_____.

          Is polled.          Is discharged.

Case referred to probation office.

Dft (stands on present bond - remanded to U.S. Marshal) awaiting sentencing.

Bond set at $_____      (cash - surety)

Clerk to prepare and file judgment on jury verdict.

Court orders dft acquitted - Bond exonerated - Released from custody

Court Order: Trial recessed until 9:30 a.m., Thursday, February 16, 2023

CASE NO. <u>CR-21-151-TDD</u>     DEPUTY M. Bailey JUDGE Timothy D. DeGiusti DATE February 15, 2023

<u>WITNESSES FOR PLAINTIFF</u>                    <u>WITNESSES FOR DEFENDANT</u>

1. <u>    K.M., a minor                    </u>          1. <u>                                        </u>

2. <u>    Chelsea Reynolds               </u>          2. <u>                                        </u>

3. <u>    Jinny Menees                      </u>          3. <u>                                        </u>

4. <u>                                        </u>          4. <u>                                        </u>

5. <u>                                        </u>          5. <u>                                        </u>

6. <u>                                        </u>          6. <u>                                        </u>

7. <u>                                        </u>          7. <u>                                        </u>

8. <u>                                        </u>          8. <u>                                        </u>

9. <u>                                        </u>          9. <u>                                        </u>

10. <u>                                        </u>          10. <u>                                        </u>