CRIMINAL JURY TRIAL

CRIMINAL CASE NO. CR-21-151-D                              DATE  February 16, 2023

STYLE:   UNITED STATES v.  Billy James Menees and Ashley Dawn Schardein

PROCEEDINGS:            (FURTHER) NON-JURY TRIAL        FURTHER JURY TRIAL

COMMENCED     9:30            ENDED     11:45
                                                                TOTAL TIME:   5   Hrs.  05   Mins.
COMMENCED     1:00            ENDED     4:45

JUDGE Timothy D. DeGiusti            DEPUTY CLERK Mike Bailey           REPORTER Christy Clark

Gov't counsel Nicole Palladino, Caila Cleary

Dft counsel Cody Cofer, Kara Carreras, Ronald Gainor, Lynn Pierce

Enter as above.   Dft(s) appear(s) in person.            Parties announce ready

Jury duly empaneled and admonished.   Rule invoked on mtn of plf - dft

Plf - Dft make opening statement.   Dft defers same until close of plf's evidence

Plf (presents - continues) case in chief with testimony of witnesses.

Plf's exhibits admitted.  12 through 66, 153, 205, 206

Dft's exhibits admitted.   DS 7, DS 8,

Plf rests.   Dft's mtn for _____            GRANTED     DENIED     UNDER ADVISEMENT

Dft makes opening statement.

Dft (presents - continues) case in chief with testimony of witnesses and rests.

Plf presents rebuttal evidence with testimony of witnesses and rests.

Dft presents surrebuttal evidence with testimony of witnesses and rests.

Parties rest.   Dft renews mtn for _____            GRANTED     DENIED

Closing arguments. __   Court instructs the jury. __   Bailiff sworn. _____

Jury retires to deliberate at _____.   Jury returns with verdict of (Guilty) on counts__ at_____.

            Is polled.           Is discharged.

Case referred to probation office.

Dft (stands on present bond - remanded to U.S. Marshal) awaiting sentencing.

Bond set at $_____            (cash - surety)

Clerk to prepare and file judgment on jury verdict.

Court orders dft acquitted - Bond exonerated - Released from custody

Court Order: Trial recessed until 9:00 a.m., Friday, February 17, 2023

CASE NO. CR-21-151-D     DEPUTY M. Bailey JUDGE Timothy D. DeGiusti DATE February 16, 2023

| WITNESSES FOR PLAINTIFF | WITNESSES FOR DEFENDANT |
|---|---|
| 1. Jinny Menees – cont'd | 1. |
| 2. Michelle Findley | 2. |
| 3. Vicki Barnhouse | 3. |
| 4. Brooke Mason | 4. |
| 5. Stephanie Lenington | 5. |
| 6. Lindsey McMullen | 6. |
| 7. Dasha Spence | 7. |
| 8. Christi Pollard | 8. |
| 9. Cynthia Sanford | 9. |
| 10. | 10. |