CRIMINAL JURY TRIAL

CRIMINAL CASE NO. CR-21-151-D                               DATE February 17, 2023

STYLE: UNITED STATES v. Billy James Menees and Ashley Dawn Schardein

PROCEEDINGS:        (FURTHER) NON-JURY TRIAL        **FURTHER JURY TRIAL**

COMMENCED   9:00         ENDED   12:00
                                                    TOTAL TIME:  4  Hrs.  50  Mins.
COMMENCED   1:00          ENDED   4:00

JUDGE Timothy D. DeGiusti          DEPUTY CLERK Mike Bailey          REPORTER Christy Clark

Gov't counsel Nicole Palladino, Caila Cleary

Dft counsel Cody Cofer, Kara Carreras, Ronald Gainor, Lynn Pierce

Enter as above.   Dft(s) appear(s) in person.          Parties announce ready

Jury duly empaneled and admonished.   Rule invoked on mtn of plf - dft

Plf - Dft make opening statement.   Dft defers same until close of plf's evidence

Plf (presents - continues) case in chief with testimony of witnesses.

Plf's exhibits admitted.  74-78, 81-89, 99-104

Dft's exhibits admitted.

Plf rests.   Dft's mtn for _____           GRANTED    DENIED    UNDER ADVISEMENT

Dft makes opening statement.

Dft (presents - continues) case in chief with testimony of witnesses and rests.

Plf presents rebuttal evidence with testimony of witnesses and rests.

Dft presents surrebuttal evidence with testimony of witnesses and rests.

Parties rest.   Dft renews mtn for _____                GRANTED    DENIED

Closing arguments. ___   Court instructs the jury. ___   Bailiff sworn. ___

Jury retires to deliberate at _____.   Jury returns with verdict of (Guilty) on counts ___ at _____.

          Is polled.         Is discharged.

Case referred to probation office.

Dft (stands on present bond - remanded to U.S. Marshal) awaiting sentencing.

Bond set at $_____       (cash - surety)

Clerk to prepare and file judgment on jury verdict.

Court orders dft acquitted - Bond exonerated - Released from custody

Court Order:   The Court denies Defendant Schardein's Motion for Mistrial. Trial recessed until 9:30 a.m., Tuesday, February 21, 2023

CASE NO. CR-21-151-D    DEPUTY M. Bailey JUDGE Timothy D. DeGiusti DATE February 17, 2023

| WITNESSES FOR PLAINTIFF | WITNESSES FOR DEFENDANT |
|---|---|
| 1. Cindy Sanford-Cont'd | 1. |
| 2. Dr. Lauren Conway | 2. |
| 3. Alfredo Subia | 3. |
| 4. Allan Colbert | 4. |
| 5. Christopher Skinner | 5. |
| 6. Rhonda Tripp | 6. |
| 7. | 7. |
| 8. | 8. |
| 9. | 9. |