<u>CRIMINAL JURY TRIAL</u>

CRIMINAL CASE NO. <u>CR-21-151-D</u>                                 DATE  <u>February 21, 2023</u>

STYLE:   UNITED STATES v. <u>  Billy James Menees and Ashley Dawn Schardein</u>

PROCEEDINGS:          (FURTHER) NON-JURY TRIAL          <u>FURTHER JURY TRIAL</u>

COMMENCED   <u>   9:30   </u>          ENDED   <u>   12:00   </u>

COMMENCED   <u>   1:00   </u>          ENDED   <u>   5:00   </u>          TOTAL TIME:<u>   5   </u>Hrs.<u>   45   </u>Mins.

JUDGE Timothy D. DeGiusti          DEPUTY CLERK Mike Bailey          REPORTER Christy Clark

Gov't counsel <u>Nicole Palladino, Caila Cleary</u>

Dft counsel <u>Cody Cofer, Kara Carreras, Ronald Gainor, Lynn Pierce</u>

<u>Enter as above.   Dft(s) appear(s) in person.</u>          Parties announce ready

Jury duly empaneled and admonished.   Rule invoked on mtn of plf - dft

Plf - Dft make opening statement.   Dft defers same until close of plf's evidence

<u>Plf</u> (presents - <u>continues) case in chief with testimony of witnesses</u>.

Court's Exhibits admitted   <u>  1, 2  </u>

Plf's exhibits admitted.  <u>91-96, 180, 181, 185-189, 191, 192, 194, 195, 196, 197, 200, 201, 207, 209, 210, 211, 212</u>

Dft's exhibits admitted. <u>Menees – 5, 15,</u>

Plf rests.   Dft's mtn for  <u>  Judgment of Acquittal  </u>          GRANTED          <u>DENIED</u>          UNDER ADVISEMENT

Dft makes opening statement.

Dft (presents - continues) case in chief with testimony of witnesses and rests.

Plf presents rebuttal evidence with testimony of witnesses and rests.

Dft presents surrebuttal evidence with testimony of witnesses and rests.

Parties rest.   Dft renews mtn for  _____          GRANTED          DENIED

Closing arguments. ___   Court instructs the jury. ___   Bailiff sworn. _____

Jury retires to deliberate at _____.   Jury returns with verdict of (Guilty) on counts___ at_____.

              Is polled.          Is discharged.

Case referred to probation office.

Dft (stands on present bond - remanded to U.S. Marshal) awaiting sentencing.

Bond set at $_____   (cash - surety)

Clerk to prepare and file judgment on jury verdict.

Court orders dft acquitted - Bond exonerated - Released from custody

Court Order: <u>Trial recessed until 9:30 a.m., Wednesday, February 22, 2023</u>

CASE NO. <u>CR-21-151-D</u>      DEPUTY M. Bailey JUDGE Timothy D. DeGiusti DATE February 21, 2023

<u>WITNESSES FOR PLAINTIFF</u>                    <u>WITNESSES FOR DEFENDANT</u>

1.      Chris Skinner – Cont'd                     1. _____

2.      Jamie Price                                 2. _____

3.      Danny Moutette                              3. _____

4.      Jeremy Busby                                4. _____

5. _____                  5. _____

6. _____                  6. _____

7. _____                  7. _____

8. _____                  8. _____

9. _____                  9. _____