CRIMINAL JURY TRIAL

CRIMINAL CASE NO. CR-21-151-TDD                                    DATE  February 22, 2023

STYLE:   UNITED STATES v.  Billy James Menees and Ashley Dawn Schardein

PROCEEDINGS:            (FURTHER) NON-JURY TRIAL        **FURTHER JURY TRIAL**

COMMENCED   9:30           ENDED   12:00
                                                                      TOTAL TIME:  6  Hrs.  25  Mins.
COMMENCED   1:00           ENDED   5:30

JUDGE Timothy D. DeGiusti         DEPUTY CLERK Mike Bailey         REPORTER Christy Clark

Gov't counsel Nicole Palladino, Caila Cleary

Dft counsel Cody Cofer, Kara Carreras, Ronald Gainor, Lynn Pierce

Enter as above.   Dft(s) appear(s) in person.            Parties announce ready

Jury duly empaneled and admonished.   Rule invoked on mtn of plf - dft

Plf - Dft make opening statement.   Dft defers same until close of plf's evidence

Plf (presents - continues) case in chief with testimony of witnesses.

Plf's exhibits admitted.

Dft's exhibits admitted. DS-

Plf rests.   Dft's mtn for _____          GRANTED      DENIED       UNDER ADVISEMENT

Dft makes opening statement.

Dft (presents - continues) case in chief with testimony of witnesses and rests.

Plf presents rebuttal evidence with testimony of witnesses and rests.

Dft presents surrebuttal evidence with testimony of witnesses and rests.

Parties rest.   Dft renews mtn for _____                GRANTED      DENIED

Closing arguments. ___ Court instructs the jury. ___ Bailiff sworn. _____

Jury retires to deliberate at _____.   Jury returns with verdict of (Guilty) on counts__ at_____.

           Is polled.         Is discharged.

Case referred to probation office.

Dft (stands on present bond - remanded to U.S. Marshal) awaiting sentencing.

Bond set at $_____       (cash - surety)

Clerk to prepare and file judgment on jury verdict.

Court orders dft acquitted - Bond exonerated - Released from custody

Court Order: Trial recessed until 9:30 a.m., Thursday, February 23, 2023

CASE NO. CR-21-151-D     DEPUTY M. Bailey   JUDGE Timothy D. DeGiusti   DATE February 22, 2023

| WITNESSES FOR PLAINTIFF | WITNESSES FOR DEFENDANT |
|---|---|
| 1. | 1. Mireya Hurtado |
| 2. | 2. Kelsey Eller |
| 3. | 3. Donald Mize |
| 4. | 4. Caitlyn Rivera Nelson |
| 5. | 5. Jennifer Heflin |
| 6. | 6. Dr. Edwin Henslee |
| 7. | 7. Chantri Harper |
| 8. | 8. Dr. Mark J. Mills |
| 9. | 9. |
| 10. | 10. |