# IN THE UNITED STATES DISTRICT COURT FOR THE
# EASTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Case No. CR- 21-151-TDD |
| ) | |
| BILLY JAMES MENEES ) | |
| ) | |
| Defendant. ) | |

## **CERTIFICATION ORDER**

Kara Carreras, appointed co-counsel for defendant Billy James Meness, has submitted an authorization for services in excess of the previously-approved case budget. I certify that due to the complexity of the representation required, the final payment claimed exceeds the budget by 13.5 hours and is necessary to provide co-counsel fair compensation for her services.

18 U.S.C. § 3006A(d).

ENTERED this 28th day of April, 2023.

_____
TIMOTHY D. DeGIUSTI
UNITED STATES DISTRICT JUDGE