# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| UNITED STATES OF AMERICA<br>vs. | **NOTICE** |
| BILLY JAMES MENEES | Case Number CR-21-151-TDD<br>USMS No. 44050-509 |

Type of Case　　　　　　　　＿＿＿＿＿＿＿CIVIL　　　＿＿X＿＿CRIMINAL

### *TAKE NOTICE*

That a proceeding in this case has been scheduled for the place, date and time set forth below:

Place:　U.S. Courthouse  
　　　　COURTROOM 301  
　　　　200 N.W. 4^(TH) STREET  
　　　　OKLAHOMA CITY, OK 73102

**DATE AND TIME**

**JULY 26, 2024 at 10:00 a.m.**

All attorneys and other persons entering the U.S. Courthouse will be required to show valid photo identification.

TYPE OF PROCEEDING　　　　　　　　**SENTENCING**  
　　　　　　　　　　　　　　　　　　(in custody)

TAKE NOTICE: that the proceeding below has been rescheduled as indicated below:

Place:　U.S. Courthouse  
　　　　101 North 5^(th) Street  
　　　　Muskogee, Oklahoma 74401

**Date and Time Previously Scheduled**

JUDGE TIMOTHY D. DeGIUSTI

by: /s/ Jane Eagleston  
　　　　Deputy Clerk

cc:　AUSA  
　　　COUNSEL  
　　　USMS  
　　　USPO