<u>EDOK SENTENCING COURTROOM MINUTE SHEET</u>                              DATE  <u>April 4, 2025</u>

CRIMINAL CASE NO. <u>CR-21-151-TDD</u> U.S.A. -vs- <u>Billy James Menees</u>

COMMENCED   <u>10:00 a.m.</u>   ENDED   <u>11:00 p.m.</u>     TOTAL TIME  <u>1 hour</u>

JUDGE TIMOTHY D. DEGIUSTI   COURTROOM DEPUTY JANE EAGLESTON   COURT REPORTER CHRISTY CLARK

COUNSEL FOR PLAINTIFF <u>Nicole Paladino and Caila Cleary, USA</u>

COUNSEL FOR DEFENDANT <u>Cody Cofer and Kara L. Carreras</u>

SENTENCING MINUTE:

Dft. appears in person ☒ with ☐ without ☒ Court-Appointed ☐ Private - Counsel ☐ Public Defender

☒ Probation Report reviewed by counsel and defendant.

|  WITNESS FOR GOVERNMENT | WITNESS(ES) FOR DEFENDANT |
|---|---|
| 1. | 1. |

DEFENDANT IS SENTENCED TO CUSTODY OF BUREAU OF PRISONS  <u>192 months as to Counts 1 and 2 of the Superseding Indictment filed on January 25, 2022 to run concurrently.</u>

Defendant placed on probation for a period of _____
with condition that defendant:
☒  comply with the conditions set forth in the judgment and commitment order
☒  special condition(s): <u>Search conditions. No contact with K.M.</u>

Upon expiration of sentence imposed herein, defendant shall serve a term of supervised release of <u>5 years as to Counts 1 and 2 to run concurrently.</u>  Within 72 hours of release from the custody of the Bureau of Prisons, the defendant shall report in person to the probation office in the district to which the defendant is released.

☒ SPECIAL ASSESSMENT FEE OF <u>$200.00 due immediately</u>.

Defendant ordered to pay a fine in amount of $ <u> waived </u> to _____

Defendant ordered to make restitution in the amount of $_____ to _____

☒ Defendant advised of right to appeal & to appeal in forma pauperis. ☐ Defendant gives oral notice of appeal and Clerk directed to spread of record said notice of appeal.

Execution of sentence stayed until _____, at which time defendant's court appearance bond will be exonerated.  Defendant to remain on present bond until he/she reports to designated prison.

                                                                                                    dismissed as per order filed.

☒ DEF. REMANDED  TO U.S.M.      ☐ BOND EXONERATED.

The Court orders commitment to the custody of the Bureau of Prisons & recommends <u>Texarkana or Fort Worth, if eligible</u>.